| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 0644 4:05CR-00040-1-M |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 3:15-00114 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Robert E. Blythe<br>La Vergne, TN | Western District Of Kentucky | Owensboro |
| | NAME OF SENTENCING JUDGE | |
| | Joseph H. McKinley, Jr., Chief U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE | FROM 1/5/2015 — TO 1/4/2020 |

**OFFENSE**

Ct. 1: Conspiracy to Possess With Intent to Distribute Methamphetamine and Marijuana [21 U.S.C. 846]
Ct. 2: Conspiracy to Possess With Intent to Distribute Methamphetamine [21 U.S.C. 846]
Ct. 3: Possession With Intent to Distribute Marijuana [21 U.S.C. 841(a)(1)]
Ct. 4: Possession With Intent to Distribute Methamphetamine [21 U.S.C. 841(a)(1)]

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the MIDDLE DISTRICT OF TENNESSEE (Nashville Division) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 1, 2015
*Date*

Joseph H. McKinley, Jr., Chief Judge
United States District Court

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE (Nashville Div)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-23-15
*Effective Date*

*United States District Judge*